```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :    24cr240-2(DLC)
                                        :
          -v-                           :    ORDER
                                        :
JORGE CABRERA,                          :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that a change of plea is scheduled for August 21, 2024 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         August 16, 2024

_____
DENISE COTE
United States District Judge