```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :     24cr240-2(DLC)
                                         :
              -v-                        :     ORDER
                                         :
JORGE CABRERA,                           :
                      Defendant.         :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having received the defendant's letter of December 2, 2024, it is hereby

ORDERED that the sentencing scheduled for December 6, 2024 is moved to 1:30 PM on that same date in Courtroom 18B.

Dated:   New York, New York
         December 2, 2024

                                    _____
                                            DENISE COTE
                                    United States District Judge